**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JUANA GOMEZ GOMEZ,

Petitioner,

v.

TODD BLANCHE, *et al*,

Respondents.

Case No. 2:26-cv-07821-JWH-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Traverse of Petitioner Juana Gomez Gomez, the Report and Recommendation of the United States Magistrate Judge, and the Court's files and record in this case. No timely objections have been filed to the Report and Recommendation. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **GRANTED**.

3. Respondents are **DIRECTED** to provide Gomez with an individualized custody redetermination hearing pursuant to 8 U.S.C. § 1226(a) no later than August 24, 2026.

4. If no such hearing is provided, or if the Immigration Judge still determines that he or she does not have jurisdiction to consider bond for Gomez, notwithstanding the binding Judgment in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and the Ninth Circuit's decision in *Rodriguez-Vasquez v. Bostock*, then Respondents are **DIRECTED** to release Gomez forthwith.

5. Respondents are **DIRECTED** to file a Status Report no later than August 31, 2026, to inform the Court whether the bond hearing occurred and, if so, the outcome of that hearing.

**IT IS SO ORDERED.**

Dated: August 17, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE